B2650 (Form 2650) (12/15)

# United States Bankruptcy Court
_____ District Of South Carolina

In re Joseph Robert Guernsey,         )
              Debtor                  )  Case No. 08-02004-dd
                                       )
                                       )  Chapter 7
    Flex Fund Financial Services, Inc.,  )
              Plaintiff                )
                                       )
                v.                     )
    Joseph Robert Guernsey,           )  Adv. Proc. No. 08-80103-dd
              Defendant                )

### CERTIFICATION OF JUDGMENT FOR
### REGISTRATION IN ANOTHER DISTRICT

I, clerk of the United States Bankruptcy Court, do certify that the attached judgment is a true and correct copy of the original judgment entered in this proceeding on 08/06/2008 as it appears in the records of this court, and that:
                                                                  (date)

[X] No notice of appeal from this judgment has been filed, and no motion of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Federal Rule of Bankruptcy Procedure 9024, has been filed.

[ ] No notice of appeal from this judgment has been filed, and any motions of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Federal Rule of Bankruptcy Procedure 9024, have been disposed of, the latest order disposing of such a motion having been entered on _____.
                          (date)

[ ] An appeal was taken from this judgment, and the judgment was affirmed by mandate of the _____ issued on _____.
      (name of court)                              (date)

[ ] An appeal was taken from this judgment, and the appeal was dismissed by order entered on _____.
        (date)


Lauren T Maxwell  Digitally signed by Lauren T Maxwell
                  Date: 2023.10.17 16:27:08 -04'00'

_____
Clerk of the Bankruptcy Court

10/17/2023           By: /s/ signature
_____              _____
Date                          Deputy Clerk

**U.S. BANKRUPTCY COURT**
**District of South Carolina**

Case Number: 08-02004
ADVERSARY PROCEEDING NO: 08-80103

## JUDGMENT BY DEFAULT

The relief set forth on the following pages, for a total of 3 pages including this page, is hereby ORDERED.

**FILED BY THE COURT**
**08/05/2008**



US Bankruptcy Court Judge
District of South Carolina

Entered: 08/06/2008

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| In re,<br><br>Joseph Robert Guernsey,<br><br>         Debtor(s).<br><br>FLEX FUND FINANCIAL SERVICES, INC.,<br><br>         Plaintiff(s),<br><br>v.<br><br>Joseph Robert Guernsey,<br><br>         Defendant(s). | C/A No. 08-02004-DD<br><br>Adv. Pro. No. 08-80103-DD<br><br>Chapter 7<br><br>**JUDGMENT BY DEFAULT** |

  This matter is before the Court on the Plaintiff's Motion for an Order of Default and Default Judgment. The Plaintiff filed this action seeking Judgment against the Defendant in the amount of $1,034,013.00 and a declaration of this court the said Judgment is excepted from discharge. The Plaintiff filed the Complaint and served such Complaint together with the Summons on the Defendant, his counsel, and the Trustee in this action, by first class mail on June 23, 2008. The Defendant has neither filed an Answer nor appeared in this action. The Plaintiff moves for a Judgment by Default pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, made applicable by Rule 7055 of the Federal Rules of Bankruptcy Procedure. Based upon the foregoing and the files and pleadings in this matter, the Court finds that the Defendant is in Default and that Debtor owes Plaintiff the sum of $1,034,013.00 plus interests and costs as provided for by the note. Based upon the foregoing, it is hereby,

ORDERED that the Plaintiff shall have judgment against the Defendant in the amount of $1,034,013.00 and such debt is excepted from discharge pursuant to 11 U.S.C. § 523(a)(2)(A).

**AND IT IS SO ORDERED.**
Columbia, South Carolina
August 5, 2008

2

TRUE COPY
TEST:
US BANKRUPTCY COURT
DISTRICT OF SC